UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD TRAN, | ) | No. CV 15-7721 RGK (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| E. VALENZUELA, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of subject-matter jurisdiction.

DATED: October 8, 2015

_____
R. GARY KLAUSNER
United States District Judge